MINUTE ENTRY
FEBRUARY 16, 2024
CURRAULT, M. J.



UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                    CRIMINAL ACTION

VERSUS                                      NO. 24-11

CHARLES TYLER HIMBER                        SECTION: MAG

INITIAL APPEARANCE

APPEARANCES:   X  DEFENDANT WITH/(WITHOUT) COUNSEL  FPD for appointment

_____

               X  ASSISTANT U.S. ATTORNEY Christine CALOGERO
               __ INTERPRETER  _____
               Designated by Court and sworn.   Time: _____ .M to _____ M.

__/ DEFENDANT CONSENTED TO APPEAR BY VIDEO

X / DEFENDANT WAS ADVISED OF HIS RIGHTS

X / READING OF THE COMPLAINT FROM DISTRICT OF __COLUMBIA_____ WAS:
    READ   WAIVED  (SUMMARIZED)

__/ DEFENDANT INFORMED THE COURT THAT COUNSEL HAS BEEN/WOULD BE RETAINED

X/ REQUESTED COURT-APPOINTED COUNSEL; SWORN RE FINANCIAL STATUS

X/ FEDERAL PUBLIC DEFENDER temporarily APPOINTED TO REPRESENT THE DEFENDANT

__/ DEFENDANT FOUND NOT TO BE LEGALLY INDIGENT

MJSTAR: 00:25

X / BOND SET AT $5,000 unsecured appearance bond

_____

SPECIAL CONDITIONS: (1) HE SHALL NOT COMMIT A FEDERAL, STATE OR LOCAL CRIME DURING THE PERIOD OF RELEASE; (2) HE SHALL NOT INTERFERE WITH, INTIMIDATE, THREATEN, HARM, OR INFLUENCE ANY JUROR, GOVERNMENT WITNESSES, VICTIMS OR FEDERAL AGENTS.

_____ SEE ATTACHED FOR ADDITIONAL CONDITIONS OF RELEASE _____

_____

__/ GOVERNMENT ADVISED OF ITS OBLIGATIONS TO PRODUCE ALL EXCULPATORY EVIDENCE TO THE DEFENDANT PURSUANT TO *BRADY V. MARYLAND* AND ITS PROGENY AND ORDERED TO DO SO TIMELY.

__/ DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL; DEFENDANT DETAINED TEMPORARILY UNTIL DETENTION HEARING IN _____

X / DEFENDANT RELEASED ON BOND

X / DEFENDANT INFORMED THAT PRELIMINARY HEARING/REMOVAL HEARING/(Identity) IS SET FOR: WAIVED TO BE HELD IN  DISTRICT OF COLUMBIA _____

__/ HEARING TO DETERMINE COUNSEL IS SET FOR _____

__/ DEFENDANT INFORMED THAT DETENTION HEARING IS SET FOR:

WAIVED TO BE HELD IN _____

__/ DEFENDANT ORDERED TO RE-APPEAR FOR PRELIMINARY HEARING/REMOVAL HEARING/ARRAIGNMENT/DETENTION HEARING/HEARING TO DETERMINE COUNSEL WITH COUNSEL _____

__/THE COURT ACCEPTED DEFENDANTS VERBAL CONSENT IN LIEU OF SIGNATURE ON THE APPEARANCE BOND AND ORDER SETTING CONDITIONS OF RELEASE.

X WAIVER OF RULE 5 & 5.1 HEARINGS EXECUTED



DEFENDANT'S NAME: **CHARLES TYLER HIMBER**        CASE NO. 24-mj-11

## ADDITIONAL CONDITIONS OF RELEASE

Third Party Custodian: _____

The defendant must:

- [✓] a) submit to supervision by and report for supervision to **US PROBATION** through office visits ONLY
- [ ] b) continue or maintain employment
- [ ] d) surrender any passport to **U.S. Probation**
- [ ] e) not obtain a passport or other international travel document
- [✓] f) abide by the following travel restrictions: Continental U.S. [ ]   EDLA [✓]   LA [ ]
  Other _Travel Restricted to the Eastern District of Louisiana with the allowance to continental U.S. with prior approval by U.S. Probation_
- [ ] g) avoid all contact with victim/witness [ ] co-defendants [ ]
  Other _____
- [ ] h) medical or psychiatric treatment if directed by Pretrial Services
- [✓] k) not possess firearm, destructive device or other weapon
- [ ] l) not use alcohol: at all [ ]   excessively [ ]
- [ ] m) not use or unlawfully possess narcotic drug/controlled substances
- [ ] n) submit to testing for a prohibited substance if required by Pretrial Services
- [ ] o) participate in substance abuse treatment as directed by Pretrial Services
- [ ] p) participate in location restriction program: [ ] (i) Curfew
  [ ] (ii) Home Detention
  [ ] (iii) Home Incarceration
  [ ] (iv) Stand Alone Monitoring
- [ ] q) submit to the following location monitoring technology and comply with its requirements as directed:
  - [ ] (i) Location monitoring technology as directed by the pretrial services or supervising officer; or
  - [ ] (ii) Voice Recognition; or
  - [ ] (iii) Radio Frequency; or
  - [ ] (iv) GPS.
- [ ] r) pay all or part of the cost of location monitoring as determined by Pretrial Services or supervising officer
- [✓] s) report every contact with law enforcement personnel to Pretrial Services
- [✓] t) Other(s): Stay away from Washington DC except for court proceedings. _and meetings with counsel_
  Resolve any outstanding attachments in 22nd Judicial District Court within 30 days of release.

_Allowed to travel offshore for work purposes; International travel must be approved by the court_