# EASTERN DISTRICT OF LOUISIANA 

1:24-mj-00013

MAG. Number: 24-11   Complaint/Warrant from Other District (District of Columbia)

Defendant: Charles Tyler Himber

Violation: Civil Disorder, etc.
18 USC 231(a)(3)

U.S. Attorney: Chrissy Calogero

Date Assigned: 2-16-24

Interpreter Needed?   Yes   (No)

Sealed?   (Yes)   No

Court Date and Time: 2/16/24 @ 11:30 a.m.

Before Magistrate Judge: Currault