AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail



# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 24-11 MAG |
| CHARLES TYLER HIMBER | ) | |
| | ) | Charging District: District of Columbia |
| *Defendant* | ) | Charging District's Case No. 1:24-mj-00013 |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: Zoom - Link attached | Courtroom No.: 07 Judge Meriweather |
|---|---|
| | Date and Time: 2/27/2024 12:30 pm |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date: 2-16-24

*Judge's signature*

Donna Phillips Currault
United States Magistrate Judge

*Printed name and title*

## LAEDdb_Criminal_Magistrate

| | |
|---|---|
| **From:** | Brittany Bryant |
| **Sent:** | Thursday, February 15, 2024 1:41 PM |
| **To:** | LAEDdb_Criminal_Magistrate; Tiffany Lavigne-Rhodes; Naja Butler; Crystal Love |
| **Cc:** | LAEDml_Magistrate Clerical; Yette, Frederick (USADC); Ballou-Kelley, Brendan (USASPC) |
| **Subject:** | RE: 1:24-mj-0013 Charles Tyler Himber |

Good Afternoon,

If the defendant is seen tomorrow and released, the Initial Appearance will be held on Tuesday, February 27, 2024 at 12:30 PM before Judge Robin M. Meriweather by zoom. Please see the link below.

Courtroom 07 is inviting you to a scheduled ZoomGov meeting.

Topic: Courtroom 07's Zoom Meeting

RECORDING AUDIO OR VIDEO OF ANY COURT PROCEEDING IS STRICTLY PROHIBITED BY FEDERAL LAW.
Time: This is a recurring meeting Meet anytime

Join ZoomGov Meeting
https://uscourts-dcd.zoomgov.com/j/16189525787?pwd=WIh3MUY5VTRZTUFSYXM5REIiN2UvZz09


Meeting ID: 161 8952 5787
Passcode: 860903

One tap mobile
+16692545252,,16189525787#,,,,,,0#,,860903# US (San Jose)
+16468287666,,16189525787#,,,,,,0#,,860903# US (New York)

Dial by your location
    +1 669 254 5252 US (San Jose)
    +1 646 828 7666 US (New York)
    +1 669 216 1590 US (San Jose)
    +1 551 285 1373 US
Meeting ID: 161 8952 5787
Passcode: 860903
Find your local number: https://uscourts-dcd.zoomgov.com/u/aversVr1z


Join by SIP
16189525787@sip.zoomgov.com

Join by H.323
161.199.138.10 (US West)
161.199.136.10 (US East)
Meeting ID: 161 8952 5787

1

Passcode: 860903

*Warm Regards,*
*Brittany*

Brittany Bryant, MA
Courtroom Deputy to
**Magistrate Judge G. Michael Harvey**
U.S. District and Bankruptcy Courts for the District of Columbia
333 Constitution Avenue, N.W., Ste. 1700 Washington, DC 20001
Phone: (202) 354-3142 |(202) 354-3233
Email: Brittany_Bryant@dcd.uscourts.gov
Website: http://www.dcd.uscourts.gov



**From:** LAEDdb_Criminal_Magistrate <CriminalMagistrate@laed.uscourts.gov>
**Sent:** Thursday, February 15, 2024 2:24 PM
**To:** Brittany Bryant <Brittany_Bryant@dcd.uscourts.gov>; Tiffany Lavigne-Rhodes <Tiffany_Lavigne-Rhodes@dcd.uscourts.gov>; Naja Butler <Naja_Butler@dcd.uscourts.gov>; Crystal Love <Crystal_Love@dcd.uscourts.gov>
**Cc:** LAEDml_Magistrate Clerical <LAEDml_Magistrate_Clerical@LAED.USCOURTS.GOV>
**Subject:** 1:24-mj-0013 Charles Tyler Himber
**Importance:** High

Good Afternoon,

USMS has advised that the above defendant MAY be arrested tomorrow morning in EDLA.

Please provide a report date, time, location with address and courtroom for the defendant to appear should he be released on bond.

Thank you,

**CRIMINAL MAGISTRATE UNIT**
United States District Court
Eastern District of Louisiana
500 Poydras Street
New Orleans, LA 70130
P: (504) 589-7750

2